AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Kona Ice, Inc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Guillermo Canedo, Icetastic Enterprises, LLC | ) | 17-cv-61842-Ungaro/Hunt |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Guillermo Canedo
1455 Martinique Court, Apt. 6514
Weston, Florida 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin P. Bean
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, Florida 33301
Telephone:  954-453-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 21, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Kona Ice, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Guillermo Canedo, <br> Icetastic Enterprises, LLC <br><br> *Defendant(s)* | Civil Action No. <br> 17-cv-61842-Ungaro/Hunt |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Icetastic Enterprises, LLC
c/o Guillermo Canedo, Registered Agent
1455 Martinique Court, Apt. 6514
Weston, Florida 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin P. Bean
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, Florida 33301
Telephone:  954-453-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 21, 2017



Steven M. Larimore
Clerk of Court

SUMMONS

s/ J. Adams
Deputy Clerk
U.S. District Courts